# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

MICHAEL LAMAR HOWARD,  )
                       )
      Plaintiff  )
                       )
vs.                    )  Case No.  1:16-cv-00351-VEH-HGD
                       )
BRIAN McVEIGH, Calhoun )
County District Attorney, et al., )
                       )
      Defendants )

## MEMORANDUM OF OPINION

The magistrate judge filed a report on May 12, 2016, recommending that this action, brought pursuant to 42 U.S.C. § 1983, be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  (Doc. 6). Although the plaintiff was notified of his right to object, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby is **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the plaintiff's

amended complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

**DATED** this 29th day of June, 2016.

                                             **VIRGINIA EMERSON HOPKINS**
                                             United States District Judge